IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02192-WDM-CBS

eSOFT, INC.,

    Plaintiff,

v.

BLUE COAT SYSTEMS, INC.,

    Defendant.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    The Joint Motion for Stay (doc. no. 19) is granted.  This case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before February 21, 2008, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on February 21, 2007.

                                                         BY THE COURT:

                                                         s/ Walker D. Miller
                                                         United States District Judge